CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.,

     Plaintiff,

   v.

IMT SHIPPING & CHARTERING GmbH,

     Defendants.
--------------------------------------------------------------X

JUDGE BUCHWALD

**07 CIV 9499**

**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
Magistrate Judges of the Court to evaluate possible disqualification or recusal, the
undersigned counsel of record for Plaintiff, GLOBAL STEEL PHILIPPINES (SPV-AMC)
INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party
which are publicly held.


Dated: Port Washington, New York
   October 23, 2007

        CHALOS, O'CONNOR & DUFFY, LLP
        Attorneys for Plaintiff

   By:

        Owen F. Duffy (OD-3144)
        George E. Murray (GM-4172)
        366 Main Street
        Port Washington, New York 11050
        Tel:  (516) 767-3600
        Fax:  (516) 767-3605

RECEIVED
OCT 2 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS