CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.,

                Plaintiff,

     v.

IMT SHIPPING & CHARTERING GmbH,

                Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK  :
                : ss.
COUNTY OF NASSAU  :

**JUDGE BUCHWALD**

**'07 CIV 9499**

07 CV _____ (___)

**APPLICATION FOR A
SPECIAL PROCESS
SERVER**

     BEFORE ME, the undersigned authority, personally came and appeared Owen F. Duffy who, after being duly sworn, did depose and state:

     1.    I am a member of the Bar of the State of New York, and admitted to practice before this Court, and am a partner of the firm of Chalos, O'Connor & Duffy, LLP, attorneys for the Plaintiff in this action.

     2.    I am fully familiar with the matters set forth in this affidavit, which is submitted in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure for an Order appointing any associate or paralegal or agent of Chalos, O'Connor & Duffy LLP, in addition to the United States Marshal, to serve a Process of

Maritime Attachment and Garnishment on the garnishees listed therein, together with possible other garnishees.

3.    The associates or paralegals or agents with the firm of Chalos, O'Connor & Duffy LLP, who will be so designated, are over eighteen (18) years of age, and are not a party to this action.

4.    Plaintiff is desirous of serving the Process of Maritime Attachment and Garnishment on the garnishees with all deliberate speed so that it will be fully protected against the possibility of not being able to satisfy any arbitration award and/or judgment that may ultimately be obtained by Plaintiff against the Defendant IMT SHIPPING & CHARTERING GmbH.

5.    For the foregoing reasons, I respectfully request that this Court appoint said associates, paralegals or agents of Chalos, O'Connor & Duffy LLP to serve the Process of Maritime Attachment and Garnishment upon the Garnishees listed in the in Process, and any other garnishee(s) who we learn hold assets of the Defendant.

6.    No previous application for this or similar relief has been made.

Dated: Port Washington, New York
        October 23, 2007

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Plaintiff

                    By:    _____
                                    Owen F. Duffy (OD-3144)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel:   (516) 767-3600 / Fax:  (516) 767-3605

Subscribed and sworn to before me this
October 23, 2007

_____
Notary Public, State of New York
        GEORGE E. MURRAY
    Notary Public, State of New York
            No. 02MU6108120
        Qualified in New York County
    Commission Expires April 12, 2008

                                    2