Buchwald, J

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.,

                                    Plaintiff,

                    v.                                              07  CV  9499 (NRB)

IMT SHIPPING & CHARTERING GmbH,                     **NOTICE OF
                                                    VOLUNTARY
                                                    DISMISSAL**

                                    Defendants.
-------------------------------------------------------------X

            PLEASE TAKE NOTICE that the above-entitled action is hereby

voluntarily dismissed with prejudice by Plaintiff, GLOBAL STEEL

PHILIPPINES (SPV-AMC) INC., as to the Defendant IMT SHIPPING &

CHARTERING GmbH pursuant to Rule 41(a)(1) of the Rules of Civil Procedure

for the United States District Courts.  Defendant has not appeared, answered, or

filed a motion for summary judgment in this action.  No costs are to be assessed

to any party.

Dated:        Port Washington, New York
              November 16, 2007

                              CHALOS, O'CONNOR & DUFFY LLP
                              Attorneys for Plaintiff,

GLOBAL STEEL PHILIPPINES (SPV-
AMC) INC.

By:

George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:     516-767-3600
Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
      November _19_, 2007

Hon. Naomi R. Buchwald, U.S.D.J.

2