CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.,

                              Plaintiff,

        v.

IMT SHIPPING & CHARTERING GmbH,

                              Defendants.
------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: OCT 2 4 2007

**JUDGE BUCHWALD**

**07 CIV 9499**

07 CV _____ (____)

**ORDER FOR ISSUANCE
OF PROCESS OF
MARITIME
ATTACHMENT**

Upon reading the Verified Complaint requesting issuance of Process of Maritime

Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto,

and the Court finding that the conditions for an attachment under Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims Admiralty to the Federal

Rules of Civil Procedure appear to exist, it is this day, by the United States District Court

for the Southern District of New York, hereby

        **ORDERED** that the Clerk shall issue a Process of Maritime Attachment and

Garnishment as prayed for in the Verified Complaint; and it is further

        **ORDERED** that the Process of Attachment issued by the Clerk shall be against

all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts

owned by or owed to the Defendant IMT SHIPPING & CHARTERING GmbH or

monies to be paid to discharge a debt owed to the Defendant, including monies being

electronically transferred by or to IMT SHIPPING & CHARTERING GmbH which are

in the possession or control of, or being transferred through any garnishee within this

District, including, without limitation, property held by or in the possession or control of

the following garnishee(s):

1.    American Express Bank Ltd.
      c/o Zeichner Ellman & Krause, LLP
      Legal Counsel for Bank of America
      575 Lexington Avenue, 10th floor
      New York, New York 10022

2.    Bank of America
      c/o Zeichner Ellman & Krause, LLP
      Legal Counsel for Bank of America
      575 Lexington Avenue, 10th floor
      New York, New York 10022

3.    Barclays Bank
      200 Park Avenue
      New York, New York 10166

4.    Bank of New York
      120 Broadway, 19th Floor
      New York, New York

5.    Citibank, N.A.
      Legal Service Intake Unit
      1 Court Square, 7th Floor
      Long Island City, NY 11120

6.    CommerzBank AG
      2 World Financial Center
      New York, New York
      10281-1050

7.    Calyon
      1301 Avenue of the Americas
      New York, New York 10019-6022

8.   Credit Suisse
     11 Madison Avenue
     New York, New York 10010-3698

9.   Deutsche Bank
     60 Wall Street
     New York, New York 10005

10.  Dresdner Bank AG
     1301 Avenue of the Americas
     New York, New York 10019-6163

11.  Dresdner Bank AG
     75 Wall Street
     New York, New York 10005

12.  Fortis Bank S.A./N.V.
     520 Madison Avenue
     New York, New York 10022-4213

13.  HSBC
     452 Fifth Avenue
     New York, New York

14.  JPMorgan Chase Bank N.A.
     One Chase Manhattan Plaza
     New York, New York 10081

15.  Royal Bank of Scotland PLC
     101 Park Avenue (10th & 11th Floor)
     New York, New York 10178-1199

16.  Standard Chartered Bank
     One Madison Avenue
     New York, NY 10010

17.  Societe Generale
     1221 Avenue of the Americas
     New York, New York 10020-1092

18.  UBS
     1285 Avenue of the Americas
     New York, New York 10019

19.  Wachovia Bank
     11 Penn Plaza

New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for, i.e., $760,850.19, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of

4

service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated:  New York, New York
        October 24, 2007

SO ORDERED:

_____
U. S. D. J.