BUCHWALD, S.

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GLOBAL STEEL PHILIPPINES (SPV-AMC) INC.,

                Plaintiff,

    v.

IMT SHIPPING & CHARTERING GmbH,

                Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007

**JUDGE BUCHWALD**

**'07 CIV 9499**

07 CV _____ ( ___ )

**ORDER APPOINTING A**
**SPECIAL PROCESS**
**SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 23rd day of October, 2007, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, IMT SHIPPING & CHARTERING GmbH.

Dated: New York, New York
       October 24, 2007

SO ORDERED:

_____
U.S.D.J.